IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00152-ZLW

LENN JEROME JOHNSON, Sui Juris: re Gary McClellan,

Applicant,

v.

W. A. SHERROD, Warden, et al.,

Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, CO

MAR 1 2 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

Applicant's "Motion to Reconsider Order Denying Leave to Proceed In Forma Pauperis on Appeal" filed on March 9, 2007, is DENIED.

Dated: March 12, 2007

Copies of this Minute Order were mailed on March 12, 2007, to the following:

Lenn Jerome Johnson
a/k/a Gary McClellan
Reg. No. 34492-060
FCI - Florence
9595 W. Quincy Ave.
Littleton, CO 80123

Secretary/Deputy Clerk